**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-CR-00193-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EVA MELISSA SUGAR,
2. JERRY LYNN ROBERTS, and
3. GREGORY NATHAN LAURENCE

    Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Unopposed Motion to Disclose Grand Jury Materials to Defense Counsel under Specified Conditions and pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is

ORDERED that a copy of the transcripts of the testimony identified in the government's motion given before grand juries 07-01, 09-01, and 12-01, and related exhibits, be disclosed to the attorneys for the defendants for preparation for trial.

IT IS FURTHER ORDERED that:

1.    Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2.    Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3. Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

4. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

5. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

Dated this 28th day of June, 2013.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, Senior Judge
United States District Court